FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: Agnes Niczyporuk,<br><br>       Debtor.<br>———————————————<br>CHURCH OF THE GARDENS; AGNES NICZYPORUK; RONALD J. O'DONNELL,<br><br>       Appellants,<br><br>       v.<br><br>KEVIN D. O'ROURKE, Chapter 7 Trustee; UST-UNITED STATES TRUSTEE, SPOKANE,<br><br>       Appellees. | No.  2:24-CV-00011-SAB<br><br><br><br>**ORDER DISMISSING APPEAL** |

Previously, the Court issued an Order to show cause as to why the above-captioned appeal should not be dismissed for failure to prosecute. ECF No. 13. Nothing further has been filed in this action.

//

//

//

//

**ORDER DISMISSING APPEAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1.    The above-captioned appeal is dismissed for failure to prosecute.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 27th day of November 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING APPEAL** ~ 2